601 A.2d 141

Daniel Harlin LOVE

v.

STATE of Maryland.

No. 89, Sept. Term, 1991.

Court of Appeals of Maryland.

Feb. 12, 1992.

Bradford C. Peabody, Asst. Public Defender (Stephen E. Harris, Public Defender, both on brief), Baltimore, for petitioner.

Ann N. Bosse, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., both on brief), Baltimore, for respondent.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWKSY, McAULIFFE, CHASANOW and KARWACKI, JJ., and CHARLES E. ORTH, Jr., Associate Judge of the Court of Appeals (retired), specially assigned.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 12th day of February, 1992

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.